UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-01903-AG (JDEx) | Date | April 19, 2019 |
|---|---|---|---|
| Title | Roy Davis Gash v. Coronado Management, LLC et al | | |

PRESENT:

### HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS:      (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The Court, having been advised that this action has been settled by a Notice of Settlement [21], hereby orders this action dismissed with prejudice.   The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the Notice of Settlement, the Court further orders the Orders to Show Cause [8] issued on January 18, 2019 and [13] issued on April 9, 2019 discharged.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                              -        :        -

                                              Initials of Deputy Clerk      mku